IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL TILLI,                                      :
                                                   :
                        Plaintiff,                 :        CIVIL ACTION NO. 14-7395
                                                   :
        v.                                         :
                                                   :
LEHIGH COUNTY HOUSING                              :
AUTHORITY,                                         :
                                                   :
                        Defendant.                 :

## ORDER

**AND NOW**, this 7th day of December, 2015, after reviewing the motion for summary judgment filed by the plaintiff (Doc. No. 50), and the response in opposition to the motion filed by the defendant (Doc. No. 52); and after oral argument held before the undersigned on December 3, 2015; accordingly, and for the reasons expressed in the accompanying memorandum opinion, it is hereby **ORDERED** that the plaintiff's motion for summary judgment (Doc. No. 50) is **DENIED**.

**AFTER FURTHER REVIEWING** the motion for summary judgment, and accompanying materials, filed by the defendant (Doc. No. 51), and the responsive documents filed by the plaintiff (Doc. Nos. 54-56); and after oral argument held before the undersigned on December 3, 2015; accordingly, and for the reasons expressed in the accompanying memorandum opinion, it is hereby **ORDERED** that the defendant's motion for summary judgment (Doc. No. 51) is **GRANTED** and judgment is **ENTERED** in favor of the defendant and against the plaintiff on the entirety of the amended complaint.

**IT IS FURTHER ORDERED** that the clerk of court is **DIRECTED** to mark this matter as **CLOSED**.

**IT IS FURTHER ORDERED** that the clerk of court is **DIRECTED** to mail a copy of this order to the plaintiff at his last known address of record.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.